```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :

    -against-                           :     No. 93 Cr. 549 (JFK)

STEVEN CAMACHO and JAIME                :           ORDER
RODRIGUEZ,
                                        :
                    Defendants.         :
----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

On November 19, 2020, Defendants Steven Camacho and Jaime Rodriguez filed a pro se motion seeking early termination of their terms of supervised release. (ECF No. 196.) Defendants' motion, which includes a memorandum of law of approximately 18 pages, requests that the Court apply the less stringent standard generally afforded to pro se litigants. Defendants also request appointment of counsel.

"[P]ro se litigants generally are entitled to a liberal construction of their pleadings, which should be read 'to raise the strongest arguments that they suggest.'" Green v. United States, 260 F.3d 78, 83 (2d Cir. 2001) (quoting Graham v. Henderson, 89 F.3d 75, 79 (2d Cir. 1996)). Here, Defendants have submitted a comprehensive memorandum of law in support of their motion. Accordingly, Defendants' request for appointment of counsel is DENIED.

IT is FURTHER ORDERED that the Government is directed to file its response to Defendants' pro se motion by no later than

1

January 12, 2021, and to mail a copy to Defendants at that time. Defendants shall have 30 days from the date on which they are served with the Government's response to file a reply, if any. Absent further order, Defendants' motion will be considered fully submitted as of that date.

The Clerk of Court is directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The Court will mail a copy of this Order to Defendants.

**SO ORDERED.**

Dated:   New York, New York
         December 2, 2020

_____
John F. Keenan
United States District Judge