```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
     -against-                          :    No. 93 Cr. 549 (JFK)
                                        :
STEVEN CAMACHO and JAIME                :         ORDER
RODRIGUEZ,                              :
                                        :
                       Defendants.      :
---------------------------------------X
```

**JOHN F. KEENAN**, United States District Judge:

On December 7, 2020, the Court ordered the Government to respond to Defendants Steven Camacho and Jaime Rodriguez's pro se motion seeking early termination of their terms of supervised release. (ECF No. 197.) This being a very old case, it appears the Government did not receive the Court's order because the Government has not responded to or otherwise acknowledged Defendants' motion.

Accordingly, the Government is hereby directed, once again, to file its response to Defendants' motion by no later than March 16, 2021, and to mail a copy to Defendants at that time. Defendants shall have 30 days from the date on which they are served with the Government's response to file a reply, if any. Absent further order, Defendants' motion will be considered fully submitted as of that date.

The Clerk of Court is directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern

District of New York that this Order has been issued, and to confirm the Government's receipt of this Order.

By no later than February 19, 2021, the Government is directed to send an email confirming its receipt of this Order to KeenanNYSDChambers@nysd.uscourts.gov.

The Court will mail a copy of this Order to Defendants.

**SO ORDERED.**

Dated:   New York, New York
         February 16, 2021

_____
John F. Keenan
United States District Judge